# United States District Court
## Southern District of Georgia

Angela Fields

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-286

Carolyn W. Colvin

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated February 24, 2016, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; affirming the Commissioner's decision denying benefits and dismissing this case with prejudice. This action stands closed.

| | |
|---|---|
| February 24, 2016 | Scott L. Poff |
| Date | Clerk |
| | (By) Deputy Clerk |